UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 07-22239-civ-LENARD/GARBER

**JOSEPHINE MORA,**

    Plaintiff,

v.

**JACKSON MEMORIAL FOUNDATION, INC.,**
a Florida non-profit corporation,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO COMPEL JMF
TO UPDATE ITS STATEMENT OF INTERESTED PERSONS**

Pursuant to Local Rule 7.1 of the Local Rules of Southern District of Florida and this Court's October 30, 2007 Order [D.E. #4], Plaintiff hereby requests that this Court Order JMF to Revise its Statement of Interested Persons.

1.    On July 1, 2008, Mora was informed via email from JMF's attorneys that their "client, [] is an attorney himself." *See* Exhibit A.  (The issue arose because JMF's attorneys were not able to agree to 2-week extension of time because the client/attorney wanted proof that Mora's attorney was really in trial and really needed the extension).  *Id.*

2.    JMF does not employ any in-house counsel and JMF did not identify any attorney-client in its initial disclosures or witness list.

3.    Upon information and belief, the actual "client" is Alan Dimond, JMF's Chairman of its Board of Directors and senior litigation partner at Greenburg Traurig.  In fairness, Mora does not know if Dimond is actually the client, but JMF has never denied that he is the attorney/client.

4. This Court's Order, which expressly states that it goes above and beyond what Rule 7.1 requires, requires all parties to identify **any and all** persons (emphasis in original Order) who may have a financial or other interest in the outcome of this litigation. JMF identified its counsel of record, Epstein Becker and Green, but made no mention of the attorney/client alluded to by JMF in its July 1, 2008 email.

5. Mora believes that this unidentified attorney/client should have been included in JMF's statement of interested person.

6. Pursuant to Local Rule 7.1.A.3, Mora contacted JMF and requested that it file a supplemental statement of interested persons to include the mystery attorney/client, but JMF does not believe the attorney/client falls within the scope of this Court's Order.

WHEREFORE, for the reasons stated above, Mora requests that this Court Order JMF to supplement its statement of interested persons to include the mystery attorney/client.

Respectfully submitted,

\_\_\_/s/ Matthew Sarelson_____
Matthew S. Sarelson, Esq.
Fla. Bar No. 888281
**SARELSON, P.A.**
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
305-379-0305
800-421-9954 (fax)
msarelson@sarelson.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            ___/s/ Matthew Sarelson_____
            Matthew S. Sarelson, Esq.

**Service List**
**Case No.: 07-22239-civ-LENARD/GARBER**

**Matthew S. Sarelson, Esq.**
Fla. Bar No. 888281
**SARELSON, P.A.**
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
305-379-0305
800-421-9954 (fax)
msarelson@sarelson.com

**Michael W. Casey III, Esq.**
Fla. Bar No.141430
mcasey@ebglaw.com
**Kevin E. Vance, Esq.**
Fla. Bar No. 670464
kvance@ebglaw.com
*EPSTEIN BECKER & GREEN, P.C.*
Wachovia Financial Center, Suite 4300
200 S. Biscayne Blvd.
Miami, Florida 33131
Tel: 305-982-1520
Fax: 305-982-1521
Counsel for Jackson Memorial Foundation, Inc.