UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 07-22239-civ-LENARD/GARBER

**JOSEPHINE MORA,**

    Plaintiff,

v.

**JACKSON MEMORIAL FOUNDATION, INC.,**
a Florida non-profit corporation,

    Defendant.
_____/

## PLAINTIFF'S BRIEF REPLY IN FURTHER SUPPORT OF HER MOTION TO COMPEL JMF TO UPDATE ITS STATEMENT OF INTERESTED PERSONS

    Pursuant to Local Rule 7.1 of the Local Rules of Southern District of Florida and this Court's October 30, 2007 Order [D.E. #4], Plaintiff hereby requests that this Court Order JMF to Revise its Statement of Interested Persons.

    1.    Plaintiff's Motion is based on the assumption that this Court's October 30, 2007 Order requires the parties to identify interested persons so that the Court and the parties can avoid any conflict issues.

    2.    JMF's counsel let slip in an email that the person calling the shots on behalf of JMF is an "attorney himself." (JMF has no in-house attorney – this "attorney himself" is an outside counsel to JMF just like Epstein Becker and Green, which *is* identified on JMF's statement of interested persons). Mora believes that the spirit, if not the letter, of the Court's Order mandates the disclosure of the mysterious attorney/client behind JMF. Considering that JMF has already sought to sanction undersigned counsel, and considering that the person who represented JMF at the mediation in this matter is not an attorney, Mora would like to know who this mystery person is and she believes that the Court would probably like to know as well.

WHEREFORE, for the reasons stated above, Mora requests that this Court Order JMF to supplement its statement of interested persons to include the mystery attorney/client.

Respectfully submitted,

___/s/ Matthew Sarelson_____
Matthew S. Sarelson, Esq.
Fla. Bar No. 888281
**SARELSON, P.A.**
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
305-379-0305
800-421-9954 (fax)
msarelson@sarelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

___/s/ Matthew Sarelson_____
Matthew S. Sarelson, Esq.

**Service List**
**Case No.: 07-22239-civ-LENARD/GARBER**

| | |
|---|---|
| **Matthew S. Sarelson, Esq.** | **Michael W. Casey III, Esq.** |
| Fla. Bar No. 888281 | Fla. Bar No.141430 |
| **SARELSON, P.A.** | mcasey@ebglaw.com |
| 1401 Brickell Avenue, Suite 510 | **Kevin E. Vance, Esq.** |
| Miami, Florida 33131 | Fla. Bar No. 670464 |
| 305-379-0305 | kvance@ebglaw.com |
| 800-421-9954 (fax) | ***EPSTEIN BECKER & GREEN, P.C.*** |
| msarelson@sarelson.com | Wachovia Financial Center, Suite 4300 |
| | 200 S. Biscayne Blvd. |
| | Miami, Florida 33131 |
| | Tel: 305-982-1520 |
| | Fax: 305-982-1521 |
| | Counsel for Jackson Memorial Foundation, Inc. |

2