UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:07-22239-cv-LENARD/GARBER

| | |
|---|---|
| JOSEPHINE MORA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JACKSON MEMORIAL FOUNDATION, | ) |
| INC., a Florida non-profit corporation, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JOSEPHINE MORA, and Defendant, JACKSON MEMORIAL FOUNDATION, INC., through their respective undersigned counsel, hereby stipulate to the immediate dismissal of this action, with prejudice.  The parties further stipulate that each party will bear its own attorneys' fees and costs.

Dated this 24th day of March, 2011.

**s/ Matthew S. Sarelson**
Matthew S. Sarelson, Esquire
Florida Bar No. 888281
msarelson@sarelson.com
SARELSON LAW FIRM, P.A.
Suite 1440
1200 Brickell Avenue
Miami, Florida  33131
Tel: (305) 379-0305
Fax: (800) 421-9954
Counsel for Plaintiff

**s/ Kevin E. Vance**
Michael W. Casey, III
Florida Bar No. 141430
mwcasey@duanemorris.com
Kevin E. Vance
Florida Bar No. 670464
kevance@duanemorris.com
DUANE MORRIS, LLP
Suite 3400, 200 South Biscayne Boulevard
Miami, Florida  33131
Tel: (305) 960-2200
Fax: (305) 960-2201
Counsel for Defendant